## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** 6824 Lexington Avenue  Los Angeles, CA 90038  **BUZZFEED INC.,**  111 East 18th Street, 13th Floor  New York, NY 10003  **Plaintiffs,**  v.  **U.S. DEPARTMENT OF JUSTICE**  950 Pennsylvania Ave NW  Washington, D.C. 20530  **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## COMPLAINT

1. Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF JUSTICE to produce records pertaining to FBI's investigation into any witting or unwitting collusion between Trump associates and Russian officials regarding the Russian government's effort to interfere in the 2016 Presidential Election. The FBI's investigation is also known under code name Crossfire Hurricane.

## PARTIES

2. Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## DECEMBER 13, 2019, FOIA REQUEST

6. On December 13, 2019, Plaintiffs submitted a FOIA request to DOJ Inspector General for the following records:

> 1) All non-public records, such as intelligence products, interview transcripts and summaries, emails, FBI FD 302 summaries, memos, letters, text messages, exhibits, charts, spreadsheets, that were used by the Office of the Inspector General in the drafting of the December 2019 report: Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.
>
> 2) Any and all records, including but not limited to emails, memos, letters, and text messages, sent and received by senior Office of Inspector General personnel mentioning or referring to the report: Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation. The timeframe for this request is December 1, 2019 through the date the search for responsive records is conducted.
>
> 3) Emails, memos, letters, text messages, mentioning or referring to the FISA investigation, the Nunes Memo, Crossfire Hurricane, Attorney General William Barr, Robert Mueller, Carter Page, John Durham and Christopher Steele and Steele Dossier, Peter Strzok and Donald Trump and Trump Campaign. The timeframe for this request is January 1, 2019 through the date the search for responsive records is conducted.

Exhibit A.

7. Plaintiffs also requested expedited processing and a fee waiver for this request. Exhibit A.

8. On December 17, 2019, DOJ denied Plaintiffs' request for expedited processing and assigned reference number 20-OIG-080 to the matter. Exhibit B.

9. As of the date of this filing, DOJ has not issued a determination and has produced no records responsive to the request.

## COUNT I – DOJ'S FOIA VIOLATION

10. The above paragraphs are incorporated herein.

11. DOJ is a federal agency and is subject to FOIA.

12. The requested records are not exempt under FOIA.

13. DOJ has refused to produce the requested materials in a timely manner.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that DOJ has violated FOIA;

ii. order DOJ to conduct a reasonable search for records and to produce the requested records;

iii. enjoin DOJ from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs;

v. award such other relief the Court considers appropriate.


Dated: February 3, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com