**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD AND | ) | |
| BUZZFEED INC. | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. A. No. 1:20-cv-00287 (CJN) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>SIXTY-SIXTH JOINT STATUS REPORT</u>**

In accordance with the Court's Minute Order dated August 10, 2021, in this Freedom of Information Act ("FOIA") litigation requiring the parties to submit a Joint Status Report every thirty days, the Parties report as follows:

1.      This is a FOIA case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "FBI's investigation into any witting or unwitting collusion between Trump associates and Russian officials regarding the Russian government's effort to interfere in the 2016 Presidential Election.  The FBI's investigation is also known under code name Crossfire Hurricane."  Compl. ¶ 1, ECF No. 1.

2.      Plaintiffs' Complaint contains allegations related to one FOIA request with three subparts:

1) All non-public records, such as intelligence products, interview transcripts and summaries, emails, FBI FD 302 summaries, memos, letters, text messages, exhibits, charts, spreadsheets, that were used by the Office of the Inspector General in the drafting of the December 2019 report: Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.

2) Any and all records, including but not limited to emails, memos, letters, and text messages, sent and received by senior Office of Inspector General personnel

mentioning or referring to the report: Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation. The timeframe for this request is December 1, 2019 through the date the search for responsive records is conducted.

3) Emails, memos, letters, text messages, mentioning or referring to the FISA investigation, the Nunes Memo, Crossfire Hurricane, Attorney General William Barr, Robert Mueller, Carter Page, John Durham and Christopher Steele and Steele Dossier, Peter Strzok and Donald Trump and Trump Campaign. The timeframe for this request is January 1, 2019 through the date the search for responsive records is conducted.

Compl. ¶ 6.

3.    The processing history of the requests in this case is well known to the Court and has been documented in multiple status reports. *See, e.g.*, ECF No. 81.

4.    The parties agree on the need to change the case management plan in this case in order to move it forward in a productive manner. Because counsel for Defendant is currently on personal leave, the parties agree that a discussion of how best to do so is best reserved until he returns from leave. The parties therefore intend to file a further joint status report on August 20, 2026, to report on next steps in the case.

DATE:  August 10, 2026                         Respectfully submitted,

/s/ *Merrick Wayne*                              BRETT A. SHUMATE
Matt Topic, D.C. Bar No. IL0037          Assistant Attorney General, Civil Division
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY                                ELIZABETH J. SHAPIRO
311 North Aberdeen, 3rd Floor             Deputy Director, Federal Programs Branch
Chicago, IL 60607
(312) 243-5900                                  /s/ *Jacqueline Lau*
foia@loevy.com                               JACQUELINE LAU
                                                   Trial Attorney (DC Bar No. 90024952)
Stephen Stich Match, D.C. Bar No.     Federal Programs Branch
MA0044                                         U.S. Department of Justice, Civil Division
LOEVY & LOEVY                                1100 L St. NW
222 Sutter Street, Suite 600A              Washington, DC 20005
San Francisco, CA 94108                   Tel: (202) 598-0914
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiffs*

Email: Jacqueline.c.lau@usdoj.gov

*Counsel for Defendant*

3