**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD AND BUZZFEED INC.,<br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | ) | Civ. A. No. 1:20-cv-00287 (CJN) |

**JOINT STATUS REPORT**

In accordance with the Court's Minute Order dated August 10, 2021, the Parties report as follows:

1. This is a FOIA case in which Plaintiffs Jason Leopold and Buzzfeed, Inc., seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "FBI's investigation into any witting or unwitting collusion between Trump associates and Russian officials regarding the Russian government's effort to interfere in the 2016 Presidential Election. The FBI's investigation is also known under code name Crossfire Hurricane." Compl. ¶ 1, ECF No. 1.

2. The processing history of the requests in this case is well known to the Court and has been documented in multiple status reports. See, e.g., ECF No. 81.

3. Counsel for the parties, including Defendant's new counsel of record, most recently held a meet and confer via videoconferencing on October 13, 2026. Defendant is currently preparing a proposal that will set out its tentative position on FOIA's requirements with respect to the material responsive to Plaintiffs' requests. Plaintiffs intend to review that proposal and decide how to move forward. Defendant's proposal will also include a suggested sample of material for

the Court to review at summary judgment, if the parties are unable to reach agreement.

4. The parties intend to submit another joint status report on or before November 19, 2026.

DATE: October 20, 2026

Respectfully submitted,

/s/ *Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Michael Polito*
MICHAEL S. POLITO
Trial Attorney (DC Bar No. 90041172)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 288-5180
Email: michael.s.polito@usdoj.gov

*Counsel for Defendant*